Riches v. FEMA et al
Case 1:07-cv-01761-WWC-PT    Document 1    Filed 09/24/2007    Page 1 of 5
Doc. 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Jonathan Lee Riches©,
Plaintiff

1: CV 07-1781
Civil No

V.

FEMA A/K/A FEDERAL EMERGENCY MANAGEMENT AGENCY;
NOAA A/K/A NATIONAL OCEANIC ATMOSPHERIC ADMINISTRATION;
DEPARTMENT OF COMMERCE;
NATIONAL WEATHER SERVICE;
REYNOLDS WOLF CNN METEOROLOGIST;
NATIONAL HURRICANE CENTER;
THE JONATHAN LEE RICHES DISASTER,
DEFENDANTS

FILED
SCRANTON
SEP 24 2007
PER _____
DEPUTY CLERK

Civil complaint
"WEATHER WARFARE"
"6th and 8th AMENDMENT EROSION"
"TRO TEMPORARY RESTRAINING ORDER"

Comes Now the Plaintiff, DR. Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue an Order for Defendants named in this suit to respond. This suit is civil Rights and Constitutional violations Defendants committed on my life and crimes pursuant to Kidnapping, conspiracy, torture, Piracy, Abuse, Maritime crimes, bad forecasting, Identity theft, cruel and unusual punishment, and harassment. Plaintiff moves this Honorable Court to issue a TRO Temporary Restraining Order against Defendants forbidding any direct or indirect contact with Plaintiff. Plaintiff seeks #500,000,000.00 Million dollars, a new Doppler radar system, subsidized housing, and a Bomb shelter from Defendants. Plaintiff requests a Jury trial of my Inmate peers. Plaintiff prays for relief

## 1

Defendants are in a Mammoth conspiracy everyday since Feb 25th, 2003 to Flood my 6th and 8th amendment rights. Evaporate me into the Atmosphere. This is a Catastrophe higher then cat. 5, off the richter scale. Reynolds Wolf forecasted my sentencing wrong. I was enhanced millions of dollars of fraud losses not proven by a Jury or In my Indictment. This is a Blakely v. Washington, and a Booker/Fanfan 6th amendment violation of my life.

## 2

Everyday Defendant's are neglecting the Jonathan Lee Riches disaster. Fema dosen't give me shelter. Insurance Companies won't cover me. My head suffered Wind damage. Para military choppers won't drop food in the FCI Williamsburg Rec Yard. I have a Czech Republic cellmate. Major Thompson water seal damage in my cell, Now my cell is Malaria Infested. This is a 8th amendment violation of cruel punishment inflicted in my universe.

## 3

The defendant's are committing a deliberate indifference on my life. They know I'm in prison on a 6th amendment violation. They fail to act. They turn the other way. They pay taxes that support cruel and unusual punishment. I'm currently suffering Battered Inmate abuse. I've been sitting in prison for years on fraud losses I did not commit. The proof is in my sentencing transcripts. The Defendants support this neglect, when Defendants pay gas tax, they support this Abuse, when Defendants pay federal income tax, they support my trauma. Defendants have caused me brain damage through their financial support of the federal government who are torturing my life.

## 4

April 20, 2007 - I got 10ft of snow in my cell. The forecast called for sunny sky's. I was no prepared to bundle up. The FCI Williamsburg warden drove by me on a snowmobile and hot coffee. FCI Williamsburg does not provide scarfs, gas masks, mittens and kerosene heaters for inmates.

5

April 22, 2007- Two days later the defendants harassed and woke me up on their weather radio tornado warning system. At 3:20am Eastern, A loud Buzz woke me from my dreams, ambitions, hope and peace. I look outside and its clear. The Cow Jumped over the Moon. Defendants caused the Noreaster blizzard of 1996. Barometric pressure in my ears went down to 2852 MB.

6

Since Feb 25th, 2003 - Defendants harass me in my cell. They make the weather 50 below 0, then 1 minute later shoot it up to 130 degrees, and switch back and forth. I'm used as a NOAA Guinea Pig experiment by Defendants. Defendants know they got away with violating my 6th amendment rights on my criminal case. My case files are buried in the Artic tundra. Look at what Defendants did at Pago Pago Samoa. Defendants Killed John Hope from the weather channel.

7

May 6, 2007- A Tsunami hit FCI Williamsburg. I got sea sick. My cell mate got swept away. I held on to a buoy. A Total 8th Amendment violation. Michael Vick beat the Packers in the 2004 Playoffs because he wore a Atmosphere protection Suit provided by Defendants to block weather at Lambeau Field. Defendants shot me in a weather balloon (I spelled ballon right this time Wikipedia).

8

Defendants are in violation of EEO Equal Employment Opportunity. I got a meteorologist degree at the FCI Williamsburg Library. Defendants won't let me be a storm chaser or Identity theft chaser. The wind caused Janet Jackson's wardrobe malfunction. Defendants get their weather forecasts from Miss Cleo on Jan 10, 2007, using my cell phone, my social, to call her 900 Lines.

9

I can tell you what any cloud is. I can sniff out toxic gasses in our Air. I spot tornados 100's of miles away. May 6, 2007 my cell floor is in famine. A drought is preventing me from growing sweet corn. Defendants are sending storm chasers into my head.

10

"I'm Jonny Sue-Nami, I'll sue who deprives me" Behold the Pale horse, as FCI Williamsburg is a FEMA camp. Defendants gave Vick the snow balls to throw at my car. Defendants torture me by forcing me to write "Jonathan Lee Riches had his 6th amendment rights violated" "Jonathan Lee Riches had his 6th amendment rights violated" on a chalk board over and over and over.
Defendants violated the Digital Millennium Copyright Act on Jan 17, 2007 by circumventing "access control" to my brain to compromise my digital content, selling my brain parts to flea markets and street vendors. Also defendants paid Lisa Left eye to burn my cell down.

## TRO Temporary Restraining Order

Plaintiff moves this Honorable court to put a Restraining order to stop Defendants of violating my 6th amendment rights under Booker/FanFan by paying Federal taxes and having that tax money pay for my federal kidnapping and 8th amendment daily psychological torture and everlasting Battered Inmate Syndrome Inflicted on my Life through Defendant's financing. Moves this honorable court to restrain defendant's from using the Stockholm syndrome on my life, being nice and smiling to me on the Television while my kidnappers they financed inflict mental torture on me. Moves this Court to compel Defendants to stop leaking three mile Island radiation into my knee joints. Please help me America, I weigh only 125 lbs at 5ft 10 inches.

Respectfully
Submitted

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Jonathan Lee Riches ©

Name: Jonathan Lee Riches ©
Register Number: 40596-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

RECEIVED
SCRANTON
SEP 24 2007
MARY E. D'ANDREA, CLERK
per ___
DEPUTY CLERK

FLORENCE SC 295
19 SEP 2007 PM 1 L

United States District Court
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Courthouse
235 N. Washington Ave
Scranton, PA 18501



USA FIRST-CLASS FOREVER

18503+13512