# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**      **Riches v. FEMA, et al.**      :  **CIVIL NO. 1:CV-07-1761**
                                                 :
**Inmate:**     **Jonathan Lee Riches**         :
                                                 :
**ID Number:  40948-018**                        :

## ADMINISTRATIVE  ORDER   (CIVIL RIGHTS CASE)

The civil rights complaint filed by the individual identified above has been received

without a filing fee or the forms required to proceed in forma pauperis in a civil rights case.

This action may not proceed unless the Plaintiff, within thirty (30) days of the date of this Order,

either:

(1)      tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount

of  $350.00;[1] or

(2)      files a properly completed application to proceed in forma pauperis and an

authorization form.  An application to proceed in forma pauperis and an

authorization form are enclosed.

Failure to comply with the terms of this Order within thirty (30) days will cause this case

to be dismissed without prejudice.

MARY E. D'ANDREA
Clerk of Court

s/ Lois A. Fuller
Deputy Clerk

DATE:   September 27, 2007

---

[1] Effective April 9, 2006, the filing fee for a civil rights complaint increased to $350.00.

Dockets.Justia.com